# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin



CLERK'S OFFICE
A TRUE COPY
Jan 27, 2026
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 26-848M(NJ) |
| Aagam SHAH, aka "Jacob" | ) | |
| (DOB XX/XX/1999) | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Aagam SHAH, aka "Jacob" (DOB XX/XX/1999)                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to launder monetary instruments, in violation of Title 18, United States Code, Section 1956(h).

Date:  1/27/2026

*Issuing officer's signature*

City and state:     Milwaukee, Wisconsin

Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01/27/26 , and the person was arrested on *(date)* 01/28/26
at *(city and state)* CHICAGO, IL          .

Date: 01/28/26

*Arresting officer's signature*

GARY ROY SPECIAL Agent
*Printed name and title*