**Thomas J. Erickson**
**Attorney at Law**
**The Landmark Building**
**316 N. Milwaukee St., Ste. 550**
**Milwaukee, WI 53202**
**(414) 271-0678**
**f: (414) 751-5183**

August 4, 2026

Hon. Pamela Pepper
US Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Re: United States of America v. Aagam Shah
    Case No. 26-CR-40

Dear Judge Pepper:

This letter constitutes a request for the court to order the removal of location monitoring as a condition of release for Mr. Shah. Both AUSA Peter Smyczek and USPO Jennifer Cravatta both have no objection. Mr. Shah has been on location monitoring since January 28, 2026, and has been wholly compliant with the conditions of his release.

Very truly yours,

/s/Thomas J. Erickson
Thomas J. Erickson


TJE/ms

cc: Peter Smyczek, AUSA
    Jennifer Cravatta, USPO